# United States District Court
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:24-CR-0056-S |
| | § | |
| ROBERT MISAEL JIMENEZ-RIVAS (1) | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

The Court is in receipt of Defendant's Unopposed Motion to Waive Presentence Report and to Expedite Sentencing [ECF No. 39] wherein Defendant "waives the 14-day objection period to the Magistrate Judge's Report and Recommendation on his Guilty Plea (Dkt.36)." Accordingly, after reviewing all relevant matters of record, including the Report and Recommendation Concerning Plea of Guilty, the Court is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the plea of guilty is correct, and it is hereby accepted by the Court. Defendant is hereby adjudged guilty of Possession of Ammunition by an Illegal Alien, in violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8). Sentence will be imposed with the Court's Scheduling Order, which will be amended by separate order.

**SO ORDERED.**

SIGNED February 18, 2025.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**